Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E Sprague Avenue
Spokane, WA  99202
(509)413-1494 Telephone
kmiller@millerlawspokane.com

Michael D. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA GENSCHORCK,<br><br>        Plaintiff,<br><br>  vs.<br><br>SUTTELL & HAMMER, P.S.;<br>NICHOL intended to garnish my<br>paycheck. AS FILER and JANE DOE<br>FILER, husband and wife; and<br>AMERICAN EXPRESS CENTURION<br>BANK,<br><br>        Defendants. | Case No.: CV-12-615-TOR<br><br>DECLARATION OF DONNA GENSCHORCK IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION |

Donna Genschorck, under penalty of perjury of the laws of the United States, 28 U.S.C. § 1746, declares the following:

DECLARATION OF DONNA GENSCHORCK IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION-1

KIRK D. MILLER P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494

1. I am the Plaintiff in this matter.

2. On April 2, 2012, I received notice that the defendants herein intended to garnish my paycheck.

3. I was quite concerned and upset when I learned that my paycheck would be garnished, since there is no judgment against me, and I knew of no reason why the defendants would be allowed to garnish my paycheck.

4. I contacted my attorney, on April 2, 2012, and discussed the matter with him.

5. On April 2, 2012, I had no idea that my bank account would also be frozen based on the same writ of garnishment.

6. It was not until on or about April 12, 2012 that I received notice from my employer that the defendants herein also intended to freeze the assets my bank account.

7. Between April 2, 2012 and April 12, 2012, while I was concerned about the garnishment, I believe that my attorneys would have adequate time to remedy the situation well I still had funds available to me in my bank account to pay for my daily expenses.

DECLARATION OF DONNA GENSCHORCK IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION-2

KIRK D. MILLER P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494

8. On or about April 12, 2012, after learning that, in addition to my paycheck being seized, my bank account would also be frozen based on the defendants' writ of garnishment, I contacted my attorney again.

9. On or about April 12, 2012 when I learned that my bank account would be garnished along with my wages, this new fact cause me extreme emotional distress.

10. I contacted my attorney on April 12, 2012 regarding the garnishment of my bank account.

11. April 12, 2012 was a Thursday and the soonest our schedules allowed us to meet was the following week.

12. In 2012, I was the sole care provider for my terminally ill husband and I was responsible for ensuring that his insurance premiums were paid.

13. I was terrified that I would not be able to pay the insurance premiums, since all of my money had been taken.

14. Knowing that I would potentially have to borrow money from my relative in order to provide for my family even the basic necessities was humiliating, frightening, and caused me a great deal of anxiety.

DECLARATION OF DONNA GENSCHORCK IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION-3

KIRK D. MILLER P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494

15. The terror associated with having both my wages and bank account frozen cause me to lose sleep, suffer an anxiety attack, cry, and suffer other manifestations of severe emotional distress.

16. The emotional distress I suffered as a result of the garnishments was compounded by the fact that my husband was unable to help or appreciate the severity of the situation.

17. I spoke to my Aunt about the situation at great lengths and she offered to loan me money, even though she lived on a fixed income.

18. It was embarrassing and humiliating to know that I might have to take money from my aunt, who did not have much money to lend.

19. My aunt, who was my primary confidant, passed this May 2013.

20. I could not take time off to seek counseling, nor afford the fee at that time to speak with a professional counselor, although I believe that I would have, and still would, benefit from counseling.

21. Both times that I was notified of the garnishment, the notice came via my coworkers.

22. Being notified by people that I work with almost every day that my wages and bank account being garnished was humiliating.

DECLARATION OF DONNA GENSCHORCK IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION-4

KIRK D. MILLER P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494

23. When my co-worker phoned to give me the information, I tried to explain to them that the defendants should not be able to take my checking account when they already took my wages.

24. My co-worker told me that the bank had no choice but to take the money from my pay and bank account because they had been served with a legal document.

25. Following the conversation with my co-worker, I was so upset that I began to cry and could not stop.

26. I left my office and sat in my car to compose myself and tried to continue to work through the day.

27. I felt I was helpless and being bullied by the collection agency.

28. I am still embarrassed each time I see one of my coworkers who likely knows about the wage and bank account garnishments. I feel as though I am treated differently. I still feel anxious over the situation.

29. I believed in 2010 that when my attorney stopped the wrongful garnishment, I would not have to deal with a situation like that again.

30. Knowing that these defendants were able to seize all of my liquid assets without any basis in the law and without any notice to me causes me

ongoing emotional distress.  I am constantly concerned that my money could be seized again.

DATED this 5th day of December, 2013.

_____
Donna Genschorck, Plaintiff

DECLARATION OF DONNA
GENSCHORCK IN SUPPORT OF
PLAINTIFF'S MOTION FOR
RECONSIDERATION-6

KIRK D. MILLER P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494

1  CM/ECF CERTIFICATE OF SERVICE

2  I hereby certify that on the 5th day of December, 2013, I electronically filed

3  the foregoing with the Clerk of the Court using the CM/ECF System which will

4  send notification of such filing to the following:

| | | |
|---|---|---|
| 5 | Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| 6 | Kirk D. Miller | kmiller@millerlawspokane.com |
| 7 | Bradley Fisher | bradfisher@dwt.com |
| 8 | Stephen A. Bernheim | steve@stevebernheim.com |

9

10                                        *Kirk D. Miller, P.S.*

11                                        /s Kirk D. Miller
                                          Kirk D. Miller
                                          WSBA # 40025
12                                        Attorney for the Plaintiff

13

14

15

16

17

18

19  DECLARATION OF DONNA                          KIRK D. MILLER P.S.
20  GENSCHORCK IN SUPPORT OF                     211 E. Sprague Ave.
    PLAINTIFF'S MOTION FOR                       Spokane Washington 99202
    RECONSIDERATION-7                            (509) 413-1494
21